**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel., RICHARD ROGERS, et. al.,        Plaintiffs, <br><br> v. <br><br> SOUTHERN ILLINOIS SURGICAL APPLIANCE CO., et. al.,        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. 2001-CV-4237-JPG |

**JUDGMENT IN A CIVIL CASE**

   **Decision by Court.**  This matter having come before the Court on the Plaintiffs' notice of dismissal, and the Court having rendered its decision,

   **IT IS ORDERED AND ADJUDGED** that all of Plaintiffs' claims against Defendant, in this case, are hereby **DISMISSED with prejudice**.  Plaintiffs shall take nothing from this suit.

**DATE: May 11, 2005.**

                                                   **NORBERT G. JAWORSKI, CLERK**

                                                   **s/ *Judith Prock***
                                                   **Deputy Clerk**

**APPROVED:**    **/s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **U.S. District Judge**